ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Client Solution Architects, LLC                )   ASBCA No.   62147
                                               )
Under Contract No.   N00178-05-D-4242 *et al.* )

APPEARANCES FOR THE APPELLANT:          Nicole J. Owren-Wiest, Esq.
                                        Charles Baek, Esq.
                                          Crowell & Moring LLP
                                          Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:         Arthur M. Taylor, Esq.
                                          DCMA Chief Trial Attorney
                                        Kara M. Klaas, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 14, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62147, Appeal of Client Solution Architects, LLC, rendered in conformance with the Board's Charter.

Dated:  May 14, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals